

**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

JUSTIN A. CALABRESE
(516) 357-3565
Justin.calabrese@rivkin.com

February 21, 2014

**Via ECF**
Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Government Employees Insurance Co., et al. v. Five Boro Medical Equipment, Inc., et al.**
**Docket No.: 13-cv-03382 (JBW) (SMG)**
**Our File No.: 5100-00650**

Dear Chief Magistrate Judge Gold:

As the Court is aware, we represent Plaintiffs Government Employees Insurance Company, et al. ("GEICO") in the above-referenced matter. On behalf of GEICO, we write to inform the Court that the parties have agreed to resolve this matter. While the parties recently executed a settlement agreement, the agreement contains certain provisions and preconditions that must satisfied prior to filing a stipulation of discontinuance in this matter – which we expect to file within 45 days.

Thank you for your attention to this matter.

Respectfully submitted,

RIVKIN RADLER LLP

Justin A. Calabrese

cc:  All counsel via ECF

JAC/dr

926 RXR Plaza
Uniondale, NY 11556-0926
T 516-357-3000
F 516-357-3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555
F 212.687.9044

21 Main Street
Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460
F 201.489.0495